# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Sakima Iban Salih El By,

        Plaintiff(s),                     JUDGMENT IN A CIVIL CASE

vs.                                          3:04-cv-126

Battery Services, Inc.,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 29, 2007 Order.

**Signed: January 29, 2007**

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court